O

FILED
CLERK, U.S. DISTRICT COURT

JUL - 7 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 05-0814-GAF |
| Plaintiff, | |
| vs. | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Roosevelt Roy Newton, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central Dist./Calif. for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ongoing substance abuse, allegations concerning

1 | <u>failure to appear, unknown bail resources and recent</u>
2 | <u>background, probation status, unknown residency,</u>
3 | <u>prior release violations</u>
4 | and/or

5 | B. ( ) The defendant has not met his/her burden of establishing by
6 | clear and convincing evidence that he/she is not likely to pose
7 | a danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 | on: _____
10 | _____
11 | _____
12 | _____

14 | IT THEREFORE IS ORDERED that the defendant be detained pending
15 | the further revocation proceedings.

17 | Dated: 7/7/2017                    /s/ Jean Rosenbluth
18 |                                    JEAN ROSENBLUTH
     |                                    U.S. MAGISTRATE JUDGE

2